IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDD CAPITAL, INC.<br><br>  Plaintiff<br>  v.<br><br>CRIMINELE ELECTRIC WORKS, INC., et al.,<br><br>  Defendants | No. 07-1340 MMC<br><br>**ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER** |

A review of the file indicates that the following attorneys are not registered for electronic service in this e-filing case:

| | |
|---|---|
| Michael J. Guglielmino<br>P.O. Box 210-107<br>San Francisco CA  94121 | Douglas R. Hegg<br>2020 Fillmore, P.O. Box 37<br>Alexandria MN 56308 |

In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court.  See General Order 45(IX)(D).  Although the Court, as a courtesy, has directed the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.  If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45.  Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: April 20, 2007

_____
MAXINE M. CHESNEY
United States District Judge