Thomas R. Mulally, SBN 116880
SPENCER & MULALLY
14156 Magnolia Boulevard, Suite 200
Sherman Oaks, California 91423-1182
Telephone: (818) 784-8700
Facsimile: (818) 784-5406
File No.: 2668-002

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDD CAPITAL, INC. | Case No.: C07 1340 MMC |
| Plaintiff, | ORDER ALLOWING SUBSTITUTION OF ATTORNEY |
| vs. | |
| CIRIMELE ELECTRIC WORKS, INC; JEAN CIRIMELE; and ARTHUR CIRIMELE, | |
| Defendants. | |

Before the Court is plaintiff's Administrative Motion for Substitution of Attorney, filed April 20, 2007.

Good cause appearing, IT IS HEREBY ORDERED that Thomas R. Mulally be substituted in place and stead of Douglas R. Hegg as attorney of record for plaintiff.

Date: April 24, 2007

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1
ORDER ALLOWING SUBSTITUTION OF ATTORNEY