IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HDD CAPITAL, INC.

    Plaintiff

v.

CRIMINELE ELECTRIC WORKS, INC., et al.,

    Defendants
_____/

No. C 07-1340 MMC

**ORDER REMANDING ACTION**

By order filed April 20, 2007, the Court ordered defendants to show cause, no later than April 30, 2007, why the above-titled action should not be dismissed for lack of subject matter jurisdiction. To date, defendants have failed to file a response to the Court's order and, consequently, have failed to show cause why the action should not be remanded.

Accordingly, the action is hereby REMANDED to the Superior Court of California, in and for Marin County, for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: May 3, 2007

MAXINE M. CHESNEY
United States District Judge